RUSS, AUGUST & KABAT
Marc A. Fenster (CA SBN 181067)
Reza Mirzaie (CA SBN 246953)
Brett E. Cooper (NY SBN 4011011)
(*pro hac vice forthcoming*)
Seth Hasenour (TX SBN 24059910)
(*pro hac vice forthcoming*)
Drew B. Hollander (NY SBN 5378096)
(*pro hac vice forthcoming*)
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
Speir Technologies Limited

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEIR TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No.  3:22-cv-00371-GPC-BGS <br><br> **NOTICE OF RELATED CASES** <br><br> **JURY TRIAL DEMANDED** |

Plaintiff Speir Technologies Limited ("Speir" or "Plaintiff") hereby notifies the Court pursuant to Local Rule CV-40.1(f) that all or a material part of this action is related to the subject matter or operative facts of earlier filed actions styled:

1. *Speir Technologies Limited v. Apple Inc.*, Case No. 6:22-cv-00077 (W.D. Tex.);

1

NOTICE OF RELATED CASES

2.  *Speir Technologies Ltd. v. Samsung Electronics Co., Ltd. et al.*, Case No. 2-21-cv-00474 (E.D. Tex.).

Dated: March 21, 2022

Respectfully submitted,

*/s/ Reza Mirzaie*

Brett E. Cooper (NY SBN 4011011) (*pro hac vice forthcoming*)
bcooper@raklaw.com
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Seth Hasenour (TX SBN 24059910) (*pro hac vice forthcoming*)
shasenour@raklaw.com
Drew B. Hollander (NY SBN 5378096) (*pro hac vice forthcoming*)
dhollander@raklaw.com

RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474
Facsimile: (310) 826-6991

***Attorneys for Plaintiff Speir Technologies Limited***