RUSS, AUGUST & KABAT
Marc A. Fenster (CA SBN 181067)
Brett E. Cooper (NY SBN 4011011)
(*pro hac vice forthcoming*)
Seth Hasenour (TX SBN 24059910)
(*pro hac vice forthcoming*)
Drew B. Hollander (NY SBN 5378096)
(*pro hac vice forthcoming*)
Reza Mirzaie (CA SBN 246953)
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
Speir Technologies Limited

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPEIR TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:22-cv-00371-GPC-BGS <br><br> **JOINT MOTION TO DISMISS** |

WHEREAS Plaintiff Speir Technologies Ltd. ("Plaintiff") and Defendant Google LLC ("Google") have resolved Plaintiff's claims for relief against Google asserted in this case.

NOW, THEREFORE, Plaintiff and Google, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Google with prejudice and Google's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same. A proposed order is contemporaneously submitted to the Court via email to efile_curiel@casd.uscourts.gov.

Dated: August 22, 2022          Respectfully submitted,

/s/ Reza Mirzaie

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Brett E. Cooper (NY SBN 4011011) (*pro hac vice forthcoming*)
bcooper@raklaw.com
Seth Hasenour (TX SBN 24059910) (*pro hac vice forthcoming*)
shasenour@raklaw.com
Drew B. Hollander (NY SBN 5378096) (*pro hac vice forthcoming*)
dhollander@raklaw.com

RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474
Facsimile: (310) 826-6991

**Attorneys for Plaintiff Speir Technologies Limited**

|   |   |
|---|---|
| 1 |  |
| 2 | /s/ Sasha Mayergoyz |
| 3 | Tharan Gregory Lanier (CA Bar No. 138784)<br>tglanier@jonesday.com |
| 4 | JONES DAY<br>1755 Embarcadero Road |
| 5 | Palo Alto, California 94303<br>Telephone: (650) 739-3939 |
| 6 |  |
| 7 | S. Christian Platt (CA Bar No. 199318)<br>cplatt@jonesday.com |
| 8 | Stephanie M. Mishaga (CA Bar No. 326058)<br>smishaga@jonesday.com<br>JONES DAY |
| 9 | 4655 Executive Drive, Suite 1500<br>San Diego, California 92121 |
| 10 | Telephone: (858) 314-1200 |
| 11 | I. Sasha Mayergoyz (IL Bar No. 6271800)<br>smayergoyz@jonesday.com |
| 12 | (*pro hac vice*)<br>JONES DAY |
| 13 | 110 North Wacker Drive, Suite 4800<br>Chicago, IL 60606 |
| 14 | Telephone: (312) 782-3939 |
| 15 | John R. Boulé III (CA Bar No. 322929)<br>jboule@jonesday.com |
| 16 | JONES DAY<br>51 Louisiana Ave., N.W. |
| 17 | Washington, D.C. 20001<br>Telephone: (202) 879-3939 |
| 18 |  |
| 19 | ***Attorneys for Defendant Google LLC*** |

Russ, August & Kabat

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to I. Sasha Mayergoyz and that I have obtained Mr. Mayergoyz's authorization to affix his electronic signature to this document.

Dated: August 22, 2022    RUSS, AUGUST & KABAT

*/s/ Reza Mirzaie*
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com

***Attorneys for Plaintiff Speir Technologies Limited***